UNITED STATES of America, Plaintiff–Appellee,

v.

Demond O'NEIL PARKER, a/k/a Neil, Defendant–Appellant.

No. 12–6138.

United States Court of Appeals, Fourth Circuit.

Submitted: May 31, 2012.

Decided: June 6, 2012.

Demond O'Neil Parker, Appellant Pro Se. Anthony Paul Giorno, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Demond O'Neil Parker appeals the district court's order denying relief on his motion for reduction of sentence, 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Parker,* No. 6:99–cr–70054–NKM–9 (W.D.Va. Jan. 5, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*